IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



JAMMESON CLARE DILLER,  §
§
    Plaintiff,  §
§
v.  §    2:15-CV-248
§
CAROLYN W. COLVIN,  §
Acting Commissioner of Social Security,  §
§
    Defendant.  §

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and AFFIRMING DECISION OF COMMISSIONER

Plaintiff has appealed the decision of the Commissioner of the Social Security Administration denying plaintiff disability insurance benefits and supplemental security income benefits. The United States Magistrate Judge entered a Report and Recommendation on September 1, 2016, recommending therein that the decision of the Commissioner be affirmed. Plaintiff filed objections to the Report and Recommendation on September 15, 2016.

Plaintiff again argues remand is appropriate due to the ALJ's (1) failure to properly weigh the medical opinion evidence of Dr. Chang and determine plaintiff's residual functional capacity (RFC), (2) failure to make a proper credibility determination, and (3) reliance on flawed vocational expert testimony.

The undersigned United States District Judge has made an independent examination of the record in this case. The undersigned hereby OVERRULES plaintiff's objections to the Report and Recommendation, ADOPTS the Report and Recommendation of the Magistrate

Judge, and AFFIRMS the administrative decision of the Commissioner.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2016.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE